LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
1970 BROADWAY, SUITE 1030
OAKLAND, CA  94612
TELEPHONE:  510-444-2404
FACSIMILE:  510-444-1291
EMAIL:       mlp@leader-picone.com

Attorneys for Defendants
ZAHRA NOWROUZI
ROUHOLLAH R. NOWROUZI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>ZAHRA NOWROUZI; ROUHOLLAH R. NOWROUZI,<br><br>    Defendants. | No. 4:21-cv-03039-HSG<br><br>*Trial Date: None Yet Assigned*<br>**STIPULATION TO WITHDRAW REQUEST TO ENTER DEFAULT AND TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**.<br> (as modified) |

The parties to this action, through their respective counsel, do hereby stipulate and agree as follows, pursuant to Local Rule 6-1(a):

WHEREAS, on April 27, 2021, Plaintiff Brian Whitaker ("Plaintiff") filed a Complaint against defendants Zahra Nowrouzi and Rouhollah R. Nowrouzi ("Defendants");

WHEREAS, the Complaint was served on Defendants on May 3, 2021;

WHEREAS, on June 1, 2021, Plaintiff filed Requests for Entry of Default as to defendants Zahra Nowrouzi and Rouhollah H. Nowrouzi;

WHEREAS, the parties have had initial settlement discussions and would like to continue exploring settlement before requiring Defendants to file any responsive pleading;

WHEREAS, defendants Zahra Nowrouzi and Rouhollah H. Nowrouzi are now

represented by counsel and intend to appear and contest the Complaint and Plaintiff agrees to withdraw its Requests for Entry of Default;

WHEREAS, an extension for Defendants to file their response to the Complaint will not alter the date of any event or any deadline that the Court has already fixed;

WHEREAS, the parties have had initial settlement discussions and would like to continue exploring settlement before requiring Defendants to file any responsive pleading;

WHEREAS, an extension for Defendants to file its response to the Complaint will not alter the date of any event or any deadline that the Court has already fixed;

NOW, THEREFORE, the parties agree that Plaintiff withdraws its Request for Entry of Defaults of defendants Zahra Nowrouzi and Rouhollah H. Nowrouzi; and Defendants shall have until June 30, 2021 to file a responsive pleading.

IT IS SO STIPULATED.

DATED: June 15, 2021.        LEADER-PICONE & YOUNG, LLP

BY: _____
MALCOLM LEADER-PICONE
Attorneys for Defendants
ZAHRA NOWROUZI; ROUHOLLAH R. NOWROUZI

DATED: June 15, 2021.        CENTER FOR DISABILITY ACCESS

BY: /s/ Faythe Gutierrez
FAYTHE GUTIERREZ
Attorneys for Plaintiff
BRIAN WHITAKER

/ / / /

/ / / /

/ / / /

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

BY: /s/ Malcolm Leader-Picone
MALCOLM LEADER-PICONE
Attorneys for Defendant
ZAHRA NOWROUZI; ROUHOLLAH R. NOWROUZI

## ORDER

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.  The defaults entered on June 4, 2021 as to Rouhollah R. Nowrouzi and Zahra Nowrouzi (docket nos. 13 and 14) are hereby set aside by the Court.

DATED:  6/17/2021  .        /s/ Haywood S. Gilliam, Jr.
U.S. DISTRICT COURT JUDGE