CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Jay Price, II, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191 fax
prathimap@potterhandy.com

Attorneys for Plaintiff

LEADER-PICONE & YOUNG, LLP
Malcolm Leader-Picone, Esq., SBN 104620
1970 Broadway, Suite 1030
Oakland, CA 94612
Tel: (510) 444-2404; Fax: (510) 444-1291
Email: mlp@leader-picone.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br> v. <br><br> **Zahra Nowrouzi;** <br> **Rouhollah R. Nowrouzi,** <br><br> Defendants. | Case No. 4:21-cv-03039-HSG <br><br> **Order Granting Joint Stipulation To Extend Filing of Notice for Need for Mediation Deadline** <br><br> HON. Haywood S. Gilliam, Jr. |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

      Pursuant to the Parties' Joint Stipulation to Extend Filing of Notice of Need for Mediation Deadline, the Court hereby extends the deadline for the notice of need for mediation from October 25, 2021 to November 30, 2021.

      IT IS SO ORDERED.

Dated: October 28, 2021

                                                  HONORABLE HAYWOOD S. GILLIAM, JR.
                                                  UNITED STATES JUDGE