United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>   v.<br><br>ZAHRA NOWROUZI, et al.,<br><br>        Defendants. | Case No. 21-cv-03039-HSG<br><br>**ORDER TO SHOW CAUSE** |

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING Defendants TO SHOW CAUSE why they should not be sanctioned for failing to attend the case management conference held on June 28, 2022, at 1:30 p.m., and for otherwise failing to comply with court deadlines in the case. Defendants shall file a statement of two pages or less by July 8, 2022.

**IT IS SO ORDERED.**

Dated: 6/28/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge